IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


GLEN K. JENSEN                                          PLAINTIFF


          v.              Case No. 08-2016


GARY WILLIAMS, DISTRICT RANGER,
BOSTON MOUNTAIN RANGER DISTRICT;
AND THE U.S. FOREST SERVICE,
UNITED STATES DEPARTMENT OF
AGRICULTURE

                                          DEFENDANTS


### J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendants' Motion for Summary Judgment (Doc. 12) is **GRANTED** and Plaintiff's Motion for Summary Judgment (Doc. 10) is **DENIED**. Plaintiff's Complaint is therefore **DISMISSED WITH PREJUDICE** with the parties to bear their own fees and costs. **The parties have sixty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 27th day of April, 2009.


                              /s/ Robert T. Dawson
                              Robert T. Dawson
                              United States District Judge

AO72A
(Rev. 8/82)